**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| KENNETH MOSES, | Civil Action No. 2:20-cv-00752 |
| Plaintiff, | Hon. William S. Stickman IV, U.S.D.J. |
| v. | |
| UNITED STATES STEEL CORPORATION, | |
| Defendant. | |

**DECLARATION OF LAURA BUNTING IN SUPPORT OF
UNITED STATES STEEL'S BILL OF COSTS**

I, Laura C. Bunting, declare that I am of full age and that, if called upon to testify under oath, I could and would testify competently to the following:

1.      I am counsel for United States Steel Corporation ("USS"), Defendant in the above-captioned case.

2.      I write this declaration in support of the Bill of Costs submitted by USS as a prevailing party in this matter.

3.      The Court of Appeals affirmed this Court's judgment in favor of USS on January 10, 2025, and filed its Mandate with this Court on February 18, 2025.  ECF Nos. 85, 86.

4.      On October 1, 2020, USS took Plaintiff Kenneth Moses's deposition in the presence of a court reporter.

5.      It was necessary to depose Plaintiff in order to ascertain the factual allegations allegedly supporting the claims that Plaintiff sought to pursue against USS.

6.      It was necessary to obtain a certified copy of the deposition transcript for citation in USS's Motion for Summary Judgment, which was filed on September 9, 2022.  ECF Nos. 58-61.

Plaintiff's deposition was cited throughout USS's Motion for Summary Judgment and filed as an Exhibit to the Appendix.  ECF Nos. 59, 60, 61-9.

7.    **Exhibit A** is a true and correct copy of the invoice I received to obtain a certified copy of Plaintiff's deposition transcript.

8.    On June 7, 2021, Plaintiff took Tegan Groves's deposition in the presence of a court reporter.  Tegan Groves's deposition was cited throughout USS' Motion for Summary Judgment and filed as an Exhibit to the Appendix.  ECF Nos. 59, 60, 61-2.

9.    **Exhibit B** is a true and correct copy of the invoice I received to obtain a certified copy of Tegan Groves's deposition transcript.

10.    On June 22, 2021, Plaintiff's counsel took the deposition of Rebecca Bloom.  Ms. Bloom's deposition was cited throughout USS' Motion for Summary Judgment and filed as an Exhibit to the Appendix.  ECF Nos. 59, 60, 61-3.

11.    **Exhibit C** includes a true and correct copy of the invoice I received to obtain a certified copy of Ms. Bloom's deposition transcript.

12.    On September 15, 2021, Plaintiff's counsel took the deposition of Krista Marcin.  Ms. Marcin's deposition was cited throughout USS' Motion for Summary Judgment and filed as an Exhibit to the Appendix.  ECF Nos. 59, 60, 61-4.

13.    **Exhibit D** is a true and correct copy of the invoice I received to obtain a certified copy of Ms. Marcin's deposition transcript.

14.    On May 18, 2021, Plaintiff's counsel took the deposition of Mark Logoyda.  Mr. Logoyda's deposition was cited throughout USS' Motion for Summary Judgment and filed as an Exhibit to the Appendix.  ECF Nos. 59, 60, 61-5.

15.    **Exhibit E** is a true and correct copy of the invoice I received to obtain a certified copy of Mr. Logoyda's deposition transcript.

16.    On June 22, 2021, Plaintiff's counsel took the deposition of Jodi McCallister.  Ms. McCallister's deposition was cited throughout USS' Motion for Summary Judgment and filed as an Exhibit to the Appendix.  ECF Nos. 59, 60, 61-6.

17.    **Exhibit C** includes a true and correct copy of the invoice I received to obtain a certified copy of Ms. McCallister's deposition transcript.

18.    On March 15, 2021, Plaintiff's counsel took the deposition of Brad Horner.  Mr. Horner's deposition was cited throughout USS' Motion for Summary Judgment and filed as an Exhibit to the Appendix.  ECF Nos. 59, 60, 61-8.

19.    **Exhibit F** is a true and correct copy of the invoice I received to obtain a certified copy of Mr. Horner's deposition transcript.

20.    On June 8, 2021, Plaintiff's counsel took the deposition of Amel Brown.  Mr. Brown's deposition was cited throughout USS' Motion for Summary Judgment and filed as an Exhibit to the Appendix.  ECF Nos. 59, 60, 61-11.

21.    **Exhibit G** is a true and correct copy of the invoice I received to obtain a certified copy of Mr. Brown's deposition transcript.

22.    On March 16, 2021, Plaintiff's counsel took the deposition of Lauren Hart.  Ms. Hart's deposition was cited throughout USS' Motion for Summary Judgment and filed as an Exhibit to the Appendix.  ECF Nos. 59, 60, 61-12.

23.    **Exhibit H** is a true and correct copy of the invoice I received to obtain a certified copy of Ms. Hart's deposition transcript.

24.     On February 5, 2021, Plaintiff's counsel took the deposition of Robert G. Williams, Jr.  Mr. Williams's deposition was cited throughout USS' Motion for Summary Judgment and filed as an Exhibit to the Appendix.  ECF Nos. 59, 60, 61-13.

25.     **Exhibit I** is a true and correct copy of the invoice I received to obtain a certified copy of Mr. Williams's deposition transcript.

26.     On June 28, 2021, Plaintiff's counsel took the deposition of Michael Carter.  Mr. Carter's deposition was cited throughout USS' Motion for Summary Judgment and filed as an Exhibit to the Appendix.  ECF Nos. 59, 60, 61-15.

27.     **Exhibit J** is a true and correct copy of the invoice I received to obtain a certified copy of Mr. Carter's deposition transcript.

28.     In granting USS's Motion for Summary Judgment, this Court extensively cited to the deposition testimony enumerated in the foregoing paragraphs.  ECF No. 80.

29.     USS has incurred docket fees under 28 U.S.C. § 1923(a) upon discontinuance of a civil action (ECF Nos. 82, 85) and for ten depositions admitted into evidence (ECF Nos. 61-2, 61-3, 61-4, 61-5, 61-6, 61-8, 61-9, 61-11, 61-12, 61-13, 61-15).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my personal knowledge.  Executed on March 4, 2025.

_____
Laura C. Bunting
PA ID No. 307274