**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| KENNETH MOSES, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 2:20-cv-752 |
| | ) | |
| UNITED STATES STEEL CORPORATION, | ) | |
| Defendant. | ) | |
| | ) | |

## **TAXATION OF COSTS**

Judgment was entered by the Court on August 24, 2023, in favor of Defendant United States Steel Corporation ("Defendant") and against Plaintiff Kenneth Moses ("Plaintiff") (ECF #82). Plaintiff appealed this Court's judgment (ECF #83). On February 18, 2025, the Court of Appeals for the Third Circuit issued its formal mandate, attaching an opinion that affirmed the judgment of the district court. (ECF #86). Defendant thereafter filed a Bill of Costs requesting that costs be taxed against Plaintiff in the amount of $4,569.59 (ECF #87). Plaintiff filed no objections to the Bill of Costs and the matter is now ripe for determination by the Clerk of Court (the "Clerk"). Guidelines Governing the Taxation of Costs by the Clerk of Court (the "Guidelines"), at §§ II.C.2(b).

Costs will be taxed in the reduced amount of **$4,110.09** for the reasons set forth herein.

After considering the Bill of Costs and all pertinent filings, and reviewing the record, the Clerk makes the following findings:

1. Defendant is the prevailing party and is entitled to costs.

2. Plaintiff's failure to object to the Bill of Costs is deemed consent but is not dispositive. Guidelines, at §II.A. The Clerk must conduct an independent review of the Bill of Costs and deny any requested costs that are not allowable under federal statute, rule, or caselaw. Id.

3. Defendant requests that fees for **Transcripts** be taxed in the total amount of $4,410.70. (ECF #87 at 1). **Transcripts** will be taxed in the reduced amount of **$3,951.20**, for the reasons that follow.

    a. Defendant has established the necessity of obtaining each of the deposition **Transcripts** for which it seeks taxation.

        (i) Because **Kenneth Moses** is the named plaintiff, the Clerk finds that his deposition transcript was necessarily obtained for use in this case. Guidelines, at § III.D.3.

(ii) Defendant has established that the deposition transcripts of **Tegan Groves**, **Rebecca Bloom**, **Jodi McCallister**, **Krista Marcin**, **Mark Logoyda**, , **Brad Horner**, **Amel Brown**, **Lauren Hart**, **Robert G. Willias, Jr.**, and **Michael Carter** were each necessarily obtained. Each transcript was relied upon by Defendant in support of its ultimately successful summary judgment motion. (ECF #61-2 to -6, -8, -11 to -13, -15, #80, #87-1). Guidelines, at § III.D.6.

b.  The Clerk taxes the following amounts for each deposition **Transcript**:

(i) **Kenneth Moses** (ECF #87-2). Defendant requests that a total of $935.70 be taxed for the Moses deposition transcript. For the reasons set forth below, the Clerk taxes this transcript in the reduced amount of **$810.70.**
a)  The invoice for the Moses deposition transcript includes a $95.00 fee for "LEF File," which is a LiveNote Evidence Format. (ECF #87-2 at 2). Such litigation support files are provided for the convenience of counsel and are not taxable. Collins v. Kindred Hosps. East, LLC, No. 2:14-cv-17, 2017 WL 607740, at *2 (W.D. Pa. Feb. 15, 2017); Warner Chilcott Laboratories Ireland Ltd. v. Impax Laboratories, Inc., No. 08-cv-6304, 2013 WL 1876441, at *6 (D.N.J. April 18, 2013); see also, Guidelines, at § III.D at p. 13. *$95.00 disallowed*.
b)  The invoice for the Moses deposition transcript includes at $30.00 charge for "Shipping and Handling." (ECF #87-2 at 2). Costs for shipping, delivery, handling, and processing likewise are not taxable. Collins, 2017 WL 607740; see also, Guidelines, at § III.D. at p. 13. *$30.00 disallowed.*
(ii) **Tegan Groves** (ECF #87-3). Defendant requests that a total of $335.45 be taxed for the Groves deposition transcript. For the reasons set forth below, the Clerk taxes this transcript in the reduced amount of **$315.45**.
a)  The invoice for the Groves deposition transcript includes a $20.00 charge for "Email Etran/ASCII/PDF." (ECF #87-3 at 3). Such items are provided for the convenience of counsel and are not taxable. Warner, 2013 WL 1876441, at *6; Collins, 2017 WL 607740, at *2; Guidelines, at III.D at p. 13. *$20.00 disallowed.*
(iii) **Rebecca Bloom** (ECF #87-4). Defendant requests that a total of $199.20 be taxed for the Bloom deposition transcript. For the reasons set forth below, the Clerk taxes this transcript in the reduced amount of **$139.20**.

2

    a) The invoice for the Bloom deposition transcript includes a $60.00 charge for "Rough ASCII." (ECF #87-4 at 2). Such items are provided for the convenience of counsel and are not taxable. Warner, 2013 WL 1876441, at *6; Collins, 2017 WL 607740, at *2; Guidelines, at § III.D at p. 13. *$60.00 disallowed*.

(iv) **Jodi McCallister** (ECF #87-4). Defendant requests that a total of $329.10 be taxed for the McCallister deposition transcript. For the reasons set forth below, the Clerk taxes this transcript in the reduced amount of **$214.60**.

    a) The invoice for the McCallister deposition transcript includes a $94.50 charge for "Rough ASCII." (ECF #87-4 at 2). Such items are provided for the convenience of counsel and are not taxable. Warner, 2013 WL 1876441, at *6; Collins, 2017 WL 607740, at *2; Guidelines, at § III.D at p. 13. *$94.50 disallowed.*

    b) The invoice for the McCallister deposition transcript also includes a $20.00 charge for "Email Etran/ASCII/PDF." (ECF #87-4 at 2). Such items are provided for the convenience of counsel and are not taxable. Warner, 2013 WL 1876441, at *6; Collins, 2017 WL 607740, at *2; Guidelines, at § III.D at p. 13. *$20.00 disallowed.*

(v) **Krista Marcin** (ECF #87-5). Defendant requests that a total of $214.70 be taxed for the Marcin deposition transcript. For the reasons set forth below, the Clerk taxes this transcript in the reduced amount of **$194.70**.

    a) The invoice for the Marcin deposition transcript includes a $20.00 charge for "Email Etran/ASCII/PDF." (ECF #87-5 at 2). Such items are provided for the convenience of counsel and are not taxable. Warner, 2013 WL 1876441, at *6; Collins, 2017 WL 607740, at *2; Guidelines, at § III.D at p. 13. *$20.00 disallowed.*

(vi) **Mark Logoyda** (ECF #87-6). Defendant requests that a total of $459.35 be taxed for the Logoyda deposition transcript. For the reasons set forth below, the Clerk taxes this transcript in the reduced amount of **$439.35.**

    a) The invoice for the Logoyda deposition transcript includes a $20.00 charge for "Email Etran/ASCII/PDF." (ECF #87-6 at 2). Such items are provided for the convenience of counsel and are not taxable. Warner, 2013 WL 1876441, at *6; Collins, 2017 WL 607740, at *2; Guidelines, at § III.D at p. 13. *$20.00 disallowed.*

(vii) **Brad Horner** (ECF #87-7). Defendant requests that a total of $431.75 be taxed for the Horner deposition transcript. For the reasons set forth below, the Clerk taxes this transcript in the reduced amount of **$411.75**.

    a) The invoice for the Horner deposition transcript includes a $20.00 charge for "Email Etran/ASCII/PDF." (ECF #87-7 at 2). Such items are provided for the convenience of counsel and are not taxable. Warner, 2013 WL 1876441, at *6; Collins, 2017 WL 607740, at *2; Guidelines, at § III.D at p. 13. *$20.00 disallowed*.

(viii) **Amel Brown** (ECF #87-8). Defendant requests that a total of $546.20 be taxed for the Brown deposition transcript. For the reasons set forth below, the Clerk taxes this transcript in the reduced amount of **$526.20**.

    a) The invoice for the Brown deposition transcript includes a $20.00 charge for "Email Etran/ASCII/PDF." (ECF #87-8 at 2). Such items are provided for the convenience of counsel and are not taxable. Warner, 2013 WL 1876441, at *6; Collins, 2017 WL 607740, at *2; Guidelines, at § III.D at p. 13. *$20.00 disallowed*.

(ix) **Lauren Hart** (ECF #87-9). Defendant requests that a total of $412.10 be taxed for the Hart deposition transcript. For the reasons set forth below, the Clerk taxes this transcript in the reduced amount of **$392.10**.

    a) The invoice for the Hart deposition transcript includes a $20.00 charge for "Email Etran/ASCII/PDF." (ECF #87-9 at 2). Such items are provided for the convenience of counsel and are not taxable. Warner, 2013 WL 1876441, at *6; Collins, 2017 WL 607740, at *2; Guidelines, at § III.D at p. 13. *$20.00 disallowed*.

(x) **Robert G. Williams, Jr.** (ECF #87-10). Defendant requests that a total of $343.25 be taxed for the Williams deposition transcript. For the reasons set forth below, the Clerk taxes this transcript in the reduced amount of **$323.25**.

    a) The invoice for the Williams deposition transcript includes a $20.00 charge for "Email Etran/ASCII/PDF." (ECF #87-10 at 3). Such items are provided for the convenience of counsel and are not taxable. Warner, 2013 WL 1876441, at *6; Collins, 2017 WL 607740, at *2; Guidelines, at § III.D at p. 13. *$20.00 disallowed*.

4

(xi) **Michael Carter** (ECF #87-11). Defendant requests that a total of $203.90 be taxed for the Carter deposition transcript. For the reasons set forth below, the Clerk taxes this transcript in the reduced amount of **$183.90**.

a)  The invoice for the Carter deposition transcript includes a $20.00 charge for "Email Etran/ASCII/PDF." (ECF #87-11 at 2). Such items are provided for the convenience of counsel and are not taxable. Warner, 2013 WL 1876441, at *6; Collins, 2017 WL 607740, at *2; Guidelines, at § III.D at p. 13. *$20.00 disallowed*.

4.  Defendant requests that $128.89 be taxed as "costs as shown on mandate of court of appeals." (ECF #87 at 1).  Any costs taxed and included on the appellate court's mandate are taxable in the district court. Guidelines, at § III.K.  In this matter, the Court of Appeals taxed $128.89 in favor of Defendant in its mandate. (ECF #86 at 2). Appellate Costs will be taxed in the requested amount of **$128.89**.

5.  Defendant requests that $30.00 be taxed for docket fees associated with discontinuance of the instant civil action and for ten depositions admitted into evidence (ECF #87 at 1; #87-1 at 4 (¶29)).  These costs are allowable and are requested in the proper amount ($5.00 + ($2.50 x 10)). Guidelines, at § III.I.  Docket fees will be taxed in the requested amount of **$30.00**

THEREFORE, for the foregoing reasons, costs are taxed against Plaintiff and are awarded to Defendant in the amount of  **$4,110.09** on this 28th day of March, 2025.

You are advised that any determination of costs by the Clerk may be reviewed by the Court upon motion served within seven (7) days pursuant to Federal Rule of Civil Procedure 54(d).

BRANDY LONCHENA
CLERK OF COURT

By:    */s/ Theresa E. Nixon*
          Theresa E. Nixon
          Attorney Advisor

cc: Counsel of Record (via CM/ECF electronic notification)